# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02266-BNB

GREGORY D. ALBRIGHT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO BOARD OF PAROLE,
COLORADO ADULT DIVISION OF PAROLE, and
BILL RITTER, Governor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Service of Summons & Complaint Pursuant to Fed. R. Civ. P. Rule 4" filed on December 6, 2007, is DENIED as premature.

Dated: December 10, 2007

---

Copies of this Minute Order were mailed on December 10, 2007, to the following:

Gregory D. Albright
Prisoner No. 95774
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk