IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02266-BNB

GREGORY D. ALBRIGHT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
COLORADO BOARD OF PAROLE,
COLORADO ADULT DIVISION OF PAROLE, and
BILL RITTER, Governor,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiff Gregory D. Albright is a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado. Mr. Albright initiated this action by filing *pro se* a pleading titled "Dual Jurisdiction Petition." On November 26, 2007, in response to an order of Magistrate Judge Boyd N. Boland directing Mr. Albright to cure the deficiencies in this action, Mr. Albright filed both a Prisoner Complaint and a "Petition for Injunction Unified With a Motion for a Writ of Habeas Corpus." On November 30, 2007, Magistrate Judge Boland ordered Mr. Albright to file a single amended pleading that includes all of his claims and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland warned Mr. Albright that the action would be dismissed without further notice if he failed to file an amended pleading within the time allowed. In an order filed on December 13, 2007, the Court overruled Mr. Albright's

objections to Magistrate Judge Boland's November 30 order and directed Mr. Albright to file his amended pleading within thirty days.

Mr. Albright has failed within the time allowed to file an amended pleading and he has failed to file any documents in this action following the Court's December 13 order. Therefore, the action will be dismissed. Accordingly, it is

ORDERED that the "Dual Jurisdiction Petition" filed on October 26, 2007, and the "Petition for Injunction Unified With a Motion for a Writ of Habeas Corpus" filed on November 26, 2007, are denied and the complaint and the action are dismissed without prejudice for failure to file an amended pleading as directed.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02266-BNB

Gregory D. Albright
Prisoner No. 95774
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk